DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRISCILLA CARSWELL YOUNG,**
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES,**
Appellee.

No. 4D2023-0559

[May 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE19-015380.

Crystal L. Arocha and Michael J. Lynott of Milber, Makris, Plousadis & Seiden, LLP, Miami, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Christopher M. Sutter, Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***